| Attorney or Party without Attorney:<br>Kevin M. Gallagher (#5337)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, 920 North King Street<br>Wilmington, Delaware 19801<br>Telephone No: 302-651-7700<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>56878-00013 C DAVIS | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE ||||
| Plaintiff: LIVANOVA USA, INC.<br>Defendant: MEDICAL SCIENCE PARTNERS II, L.P., et al. ||||
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:22-cv-00733-VAC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Magistrate Consent Form

3. a. Party served:   Cal Tec Labs Inc.
   b. Person served:  Jon Urban, President

4. Address where the party was served:   501 Mansfield Ave, Pittsburgh, PA 15205

5. I served the party:
   a. **by substituted service.**   On: Mon, Aug 29 2022 at: 11:52 AM by leaving the copies with or in the presence of:
   Dawn Urban, Person in Charge / Served under F.R.C.P. Rule 4.

   (1) [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>Kevin M. Gallagher (#5337)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, 920 North King Street<br>Wilmington, Delaware 19801<br>Telephone No: 302-651-7700<br><br>Attorney For: Plaintiff | | | | Ref. No. or File No.:<br>56878-00013 C DAVIS | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE | | | | | |
| Plaintiff: LIVANOVA USA, INC.<br>Defendant: MEDICAL SCIENCE PARTNERS II, L.P., et al. | | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:22-cv-00733-VAC | |

6. *Person Who Served Papers:*
    a. Anthony Folino
    b. **FIRST LEGAL**
       600 W. Santa Ana Blvd., Ste. 101
       SANTA ANA, CA 92701
    c. (714) 541-1110

    d. *The Fee for Service was:* $287.77

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

            09/01/2022                    *(Signature)*
              *(Date)*
                                   ANTHONY T FOLINO JR.



PROOF OF
SERVICE

7571460
(11819815)
Page 2 of 2

| Attorney or Party without Attorney:<br>Kevin M. Gallagher (#5337)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, 920 North King Street<br>Wilmington, Delaware 19801<br>  Telephone No: 302-651-7700<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>56878-00013 C DAVIS | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Plaintiff: LIVANOVA USA, INC.
Defendant: MEDICAL SCIENCE PARTNERS II, L.P., et al.

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:22-cv-00733-VAC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Magistrate Consent Form

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Tue, Aug 30, 2022
   b. Place of Mailing: SANTA ANA, CA 92701
   c. Addressed as follows: Jon Urban Cal Tec Labs Inc.
      501 Mansfield Ave, Pittsburgh, PA 15205

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue, Aug 30, 2022 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. DAVID LEDESMA (2891, Orange County)
   b. FIRST LEGAL
      600 W. Santa Ana Boulevard, Suite 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee* for Service was: $287.77
   e. I am: Not a Registered California Process Server

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

09/01/2022
(Date)

David Ledesma
(Signature)



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
BY MAIL

7571460
(11819815)