IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIVANOVA USA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDICAL SCIENCE PARTNERS II, L.P., NEW MEDICAL TECHNOLOGIES, INC., ALIMENTARIA INTERNATIONAL, INC., BARBARA SOMERS, BIOCELL B.V., DAH SING MEDICAL SCIENCE INVESTMENT INC., DHARMALA HOLDINGS LTD., DINAH LEFKOWITZ, DSS FINANCIAL (f/k/a PT DHARMALA INTUITAMA), EAST ASIA HAMON ASSET MGT. LTD. (SWANSON HOLDINGS), FONDS DE SOLIDARITE FTQ, FRED TRUST, FRIENDSHIP FIRST HEALTH & HAPPINESS INVESTMENT INC., HARMONY INVESTMENT LIMITED, JACQUES REJEANGE, JCR PHARMACEUTICALS CO. LTD., JOHN FARLEY, JON URBAN, JOSEPH FARLEY, JU INTERNATIONAL, INC., KONOMI, INC., MICHELLE REJEANGE, UNION D'ETUDES ET D'INVESTMENT, and John Does 1 through 100 who are similarly situated,<br><br>    Claimant-Defendants. | Case No. 1:22-cv-00733-GBW |

**JOINT STATUS REPORT**

Pursuant to the Court's September 21, 2023 Order (Dkt. 24), Plaintiff LivaNova USA, Inc. ("LivaNova") and Claimant-Defendant Medical Science Partners II, L.P. (the "Appearing Parties") respectfully submit this Joint Status Report.

This is a statutory interpleader action arising from the acquisition (the "Merger") of CardiacAssist, Inc. d/b/a TandemLife ("TandemLife") by affiliates of LivaNova. Amended

1

Complaint (Dkt. 14), at ¶ 31. After the Merger closed, LivaNova deposited the proceeds from the Merger with Continental Stock Transfer & Trust (the "Paying Agent") for payment to TandemLife's former stockholders, upon delivery by those stockholders of certain documentation. *Id.* ¶ 35. Despite diligent efforts, the Paying Agent was unable to locate or establish contact with certain former TandemLife stockholders, including some of the Claimants-Defendants, in order to deliver to the stockholders their pro-rata shares of the Merger proceeds. *Id.* ¶ 37.

Beginning in or around 2018, representatives of Claimants-Defendants Medical Science Partners II, L.P. ("MSP II") and New Medical Technologies, Inc. ("NMT")—which previously held TandemLife shares for the benefit of their limited partners, including some of the Claimants Defendants (*id.* ¶¶ 32-34)—requested that LivaNova direct the Paying Agent to deliver the outstanding Merger proceeds to MSP II and NMT on behalf of their former limited partners. *Id.* ¶¶ 38-39. Representatives of LivaNova informed the MSP II and NMT representatives that the outstanding Merger proceeds could not be delivered to MSP II or NMT, but rather that the Merger proceeds could be delivered only to TandemLife's former stockholders themselves. *Id.* ¶¶ 40-41. Given the existence of potentially competing claims to the Merger proceeds, LivaNova commenced this interpleader action on June 3, 2022, to resolve the potentially competing claims to the Merger proceeds, to determine the rightful recipients of the Merger proceeds, and to discharge LivaNova from any liability to the Claimants-Defendants. *See id.* at 10; *see also* Complaint (Dkt. 1).

Since the filing of this action, LivaNova has attempted to complete service of the operative Complaint on all of the Claimants-Defendants, many of whom are located overseas and must be served in accordance with the Hague Service Convention. With the exception of nine overseas Claimants-Defendants, service of the operative Complaint has been completed. To date, only one

Claimant-Defendant, MSP II, has filed an Answer to the operative Complaint or otherwise appeared in this action. *See* Dkt. 17. Since the filing of this action, four Claimants-Defendants have made contact with the Paying Agent and completed the documentation necessary to receive their pro-rata share of the Merger proceeds and therefore have been dismissed from the action.[1]

With respect to the remaining nine Claimants-Defendants on which service has not yet been completed, LivaNova has made multiple attempts to complete service. In the case of five Claimants-Defendants located in Hong Kong SAR, China, service initially was returned unexecuted because of how the recipient country was named in the original complaint. That issue was corrected (*see* Dkt. 14-1 at ¶¶ 11, 12, 15, 18, 19), after which LivaNova reinitiated service. Service on all five Claimants-Defendants then was returned unexecuted again due to incorrect addresses. LivaNova is in the process of attempting to locate updated addresses for all five Claimants-Defendants located in Hong Kong SAR, China and will reinitiate service if updated addresses can be obtained.[2] Similar issues with incorrect addresses or delays by the recipient country in executing service have impacted service on two Claimants-Defendants in Switzerland, one in Japan, and one in France.[3] Service on all of these four Claimants-Defendants is in the process of being reinitiated or has been reinitiated as of the date of this Status Report.

The Appearing Parties propose that the Court order a further Status Report be submitted

---

[1] These former Claimants-Defendants include Actafinance S.A. and Winner Company (Hong Kong), which were named in the original Complaint but removed as Claimants-Defendants when LivaNova filed the operative Amended Complaint (*see* Dkt. 14-1), and Alimentaria International, Inc. and Fonds de Solitarite FTQ, which were dismissed subsequent to the filing of the Amended Complaint (*see* Dkt. 25).

[2] These five Claimants-Defendants are Dah Sing Medical Science Investments Inc., Dharmala Holdings Ltd., East Asia Hamon Asset Mgt. Ltd. (Swanson Holdings), Friendship First Health & Happiness Investment Inc., and Harmony Investment Limited.

[3] These four Claimants-Defendants are Jacques Rejeange, Michelle Rejeange (Switzerland), JU International, Inc. (Japan), and Unioin D'Etudes et D'Investment (France).

60 days from the date of this Status Report. In the event service has not been completed by that time, the Appearing Parties and any parties that appear after the date of this Status Report can meet and confer in an effort to arrive at a plan for moving this matter forward to conclusion in whole or in part in view of the status of service at that time.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 27, 2023 | */s/ Kevin M. Gallagher*<br>Kevin M. Gallagher (#5337)<br>Tyler E. Cragg (# 6398)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>Gallagher@rlf.com<br>Cragg@rlf.com<br><br>OF COUNSEL:<br><br>Colin B. Davis<br>Gibson, Dunn & Crutcher LLP<br>3161 Michelson Drive<br>Irvine, California 92612<br>(949) 451-3800<br>cdavis@gibsondunn.com<br><br>*Attorneys for Plaintiff LivaNova USA, Inc.* |
| Dated: September 27, 2023 | */s/ Thomas A. Uebler*<br>Thomas A. Uebler<br>McCollom D'Emilio Smith Uebler LLC<br>Little Falls Centre II<br>2751 Centerville Road Suite 401<br>Wilmington, Delaware 19808<br>(302) 468-5960<br>tuebler@mdsulaw.com<br><br>*Attorneys for Claimant-Defendant Medical Science Partners II, L.P.* |